# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 12, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156670(82)

In re RHEA BRODY LIVING TRUST, dated
January 17, 1978, as amended.

_____

ROBERT BRODY,

      Intervenor-Appellant,

v

CATHY B. DEUTCHMAN,

      Petitioner-Appellee,

and

MICHAEL BARTON, Special Fiduciary,

      Intervenor,

and

JAY BRODY,

      Intervenor-Appellant.

_____/

SC: 156670
COA: 330871
Oakland PC: 2015-361379-TV

      On order of the Chief Justice, the motion of the Probate and Estate Planning Section of the State Bar of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on January 10, 2018, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2018



Clerk